# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

138696

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SUPERIOR HOTELS, L.L.C.,
      Petitioner-Appellant,

v

TOWNSHIP OF MACKINAW,
      Respondent-Appellee.

SC: 138696
COA: 276836
MTT: 00-313228

_____/

On order of the Court, the application for leave to appeal the March 10, 2009 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the State Tax Commission has jurisdiction, pursuant to MCL 211.154(1), to correct the taxable value of real property erroneously recorded on the local assessment roll.

The Michigan Townships Association is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

0701

_____
Clerk